358 A.2d 77

Atlantic Richfield Company, Appellant, v. Razumic.

Argued April 16, 1976.   Richard E. LaFarge, with him George I. Minch, for appellant; Daniel J. Beggy, with him Allan E. MacLeod, for appellee.

Judgment affirmed.

358 A.2d 83

Binder, Appellant, v. Beahm.

Argued April 13, 1976.   Robert F. Hawk, for appellant; John R. Walters, Jr., with him Thomson, Rhodes & Grigsby, for appellee.

Order affirmed.